UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Desmond Cornelious,

Court File No.: 01-CV-1254 MJD/JGL

Plaintiff,

vs.

Joe Brubaker, in his individual capacity, as a police officer of the City of St. Paul; the City of St. Paul; Richard A. Defoe Enterprises, Inc., a Minnesota Corporation D/b/a Club Cancun; Anthony Gardner; Joseph Anaya; Capital Investigations and Security Services, Inc., a Minnesota Corporation d/b/a Capital Enforcement; and John Does Nos. 1 through 5,

Defendants.

**STIPULATION FOR EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

---

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendants Capital Investigations and Security Services, Inc., a Minnesota Corporation d/b/a Capital Enforcement, Joseph Anaya, and Anthony Gardner shall answer, ~~move or otherwise respond~~ RB 8/7/01 ~~to~~ the Complaint be extended to August 24, 2001.

Dated: August 7, 2001

James F. Olney, #235453
JAMES F. OLNEY, ATTORNEY AT LAW
6012 Park Avenue South
Minneapolis, MN 55417
(612) 861-1642

*(Attorney for Defendants Capital Investigations and Security Services, Inc., d/b/a Capital Enforcement, Joseph Anaya, and Anthony Gardner)*

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 7, 2001

Robert Bennett, #6713
Eric Hageman, #258180
GARTNER, BENNETT & SCHUPP, PC
One Financial Plaza
120 South Sixth Street
Suite 2200
Minneapolis, MN 55402
(612) 333-3839

(*Attorneys for Plaintiff*)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Desmond Cornelious, Court File No.: 01-CV-1254 MJD/JGL

Plaintiff,

vs. **ORDER**

Joe Brubaker, in his individual capacity, as a police officer of the City of St. Paul; the City of St. Paul; Richard A. Defoe Enterprises, Inc., a Minnesota Corporation D/b/a Club Cancun; Anthony Gardner; Joseph Anaya; Capital Investigations and Security Services, Inc., a Minnesota Corporation d/b/a Capital Enforcement; and John Does Nos. 1 through 5,

Defendants.

Pursuant to agreement and stipulation by and between the parties, and with authority of the Court, **IT IS HEREBY ORDERED**:

1. That the time within which Defendants Capital Investigations and Security Services, Inc., a Minnesota Corporation d/b/a Capital Enforcement, Joseph Anaya, and Anthony Gardner shall answer, move or otherwise respond to the Complaint be extended to August 24, 2001.

Dated: Aug. 8, 2001

Magistrate Judge Jonathan G. Lebedoff



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK