**ORIGINAL**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Desmond Cornelious,

Plaintiff,

vs.

Jason Brubaker, in his individual capacity as a police officer of the City of St. Paul; the City of St. Paul; Richard A. Defoe Enterprises, Inc., a Minnesota corporation d/b/a Club Cancun; Anthony Gardner; Joseph Anaya; Capital Investigations & Security Services, Inc., a Minnesota corporation d/b/a Capital Enforcement; and John Does Nos. 1 through 5,

Defendants.

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Court File No. 01-CV-1254 MJD/JGL

---

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendant Richard A. Defoe Enterprises, Inc., a Minnesota corporation d/b/a Club Cancun shall answer, move or otherwise respond to the Complaint be extended to Thursday, October 18, 2001.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________

Brian A. Wood (141690)
Sridevi S. Anwar (292965)
Attorneys for Defendant Richard A. Defoe Enterprises, Inc., a Minnesota corporation d/b/a Club Cancun
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7970 (BAW)
(612) 340-7951 (SSA)

Dated: 10-14, 2001

FILED OCT 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

GARTNER, BENNETT & SCHUPP, PC

By ______________________

Robert Bennett (6713)
Eric Hageman (258180)
Attorneys for Plaintiff
One Financial Plaza
120 South Sixth Street
Suite 2200
Minneapolis, MN 55402
(612) 333-3839

Dated: ___, 2001

**ORDER**

**IT HIS HEREBY ORDERED:**

Exercising its authority under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court extends the time within which to Defendant Richard A. Defoe Enterprises, Inc., a Minnesota corporation d/b/a Club Cancun shall answer or otherwise respond to the Plaintiff's Complaint to Thursday, October 18, 2001.

Dated: Oct. 29, 2001

______________________
Hon. Michael J. Davis
United States District Court