THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Desmond Cornelious, Court File No. 01-CV-1254 (MJD/JGL)

Plaintiff,

v.

Jason Brubaker, in his individual capacity
As a police officer of the City of St. Paul;
the City of St. Paul, a municipal corporation,
Richard A. Defoe Enterprises, Inc.,
A Minnesota corporation, d/b/a Club
Cancun, Anthony Gardner; Joseph Anaya;
Capital Investigations and Security
Services, Inc., a Minnesota corporation, d\b\a
Capital Enforcement, and
John Does Nos. 1 through 10,

Defendants.

**PARTIAL STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

The above-entitled action having been partially, finally, and completely compromised between Desmond Cornelious and Richard A. Defoe Enterprises, Inc. d/b/a Club Cancun.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Desmond Cornelious and Richard A. Defoe Enterprises, Inc., d/b/a Club Cancun, through their respective counsel, that the same may be, and hereby is, partially dismissed with prejudice, in its entirety and on the merits and without costs and disbursements to any party, and that the parties to this stipulation may apply to the court pursuant to this stipulation for an order directing that a partial judgment of dismissal of all claims be entered accordingly.

Dated: 5-16, 2002.

FLYNN, GASKINS & BENNETT, L.L.P.

Robert Bennett (#6713)
Eric Hageman (#258180)
Attorneys for Desmond Cornelious
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Cornelious v. Richard Defoe Enterprises, Inc., d/b/a Club Cancun, Civil No.: 01-1254 (MJD/JGL)

Dated: 6-3-, 2002

Lind, Jensen, Sullivan & Peterson
A Professional Association

Brian A. Wood, I.D. No. 141690
Attorneys for Defendant Richard A. Defoe Enterprises\Club Cancun
150 South Fifth Street, Suite 1700
Minneapolis, Minnesota 55402
(612) 333-3637

## ORDER FOR JUDGMENT

Upon the foregoing Partial Stipulation of Dismissal, it is hereby ordered as follows:

1. Any and all claims in this matter are hereby partially dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties as they pertain to Richard A. Defoe Enterprises, Inc., d/b/a Club Cancun.

2. There being no just reason for delay, let judgment be entered accordingly.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 6-17, 2002.

BY THE COURT:

Honorable ~~Jonathan G. Lebedoff~~
United States ~~Magistrate Judge~~