# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Desmond Cornelious,

Plaintiff,

Case No. Civil 01-CV-1254

v.

**JUDGMENT IN A CIVIL CASE**

Jason Brubaker, in his individual capacity As a police officer of the City of St. Paul; the City of St. Paul, a municipal corporation, Richard A. Defoe Enterprises, Inc., A Minnesota Corporation, d/b/a Club Cancun, Anthony Gardner, Joseph Anaya; Capital Investigations and Security Services, Inc. a Minnesota corporation d/b/a Capital Enforcement, and John Does Nos. 1 through 10,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: **1. Any and all claims in this matter are hereby partially dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties as they pertain to Richard A. Defoe Enterprises, Inc., d/b/a Club Cancun. 2. There being no just reason for delay, let judgment be entered accordingly.**

DATE: June 18, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk