UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Desmond Cornelious,

Plaintiff,

vs.

Jason Brubaker, in his individual capacity as a police officer of the City of St. Paul; City of St. Paul; Richard A. Defoe Enterprises, Inc., a Minnesota corporation, d/b/a Club Cancun; Anthony Gardner; Joseph Anaya; Capital Investigations and Security Services, Inc., a Minnesota corporation, d/b/a Capital Enforcement, and John Does Nos. 1 through 5,

Defendants.

Court File No. 01-CV-1254 (MJD/JGL)

**STIPULATION AND ORDER FOR DISPOSITIVE MOTION BRIEFING SCHEDULE AND EXTENDING THE DISPOSITIVE MOTION DEADLINE**

---

Pursuant to the agreement of the parties, IT IS HEREBY STIPULATED AND AGREED that the following briefing schedule will apply to this lawsuit:

1. Defendants' dispositive motions shall be served on Plaintiff's counsel pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Minnesota (Local Rule 7.1), no later than August 30, 2002;

2. Plaintiff shall serve any responsive memoranda of law, and supporting documents, pursuant to Local Rule 7.1, no later than September 27, 2002;

3. Defendants' shall serve any reply memoranda of law, pursuant to Local Rule 7.1, no later than October 4, 2002.

Pursuant to the agreement of the parties, IT IS HEREBY STIPULATED AND AGREED that the scheduling order in this case should be modified to extend the time for filing of dispositive

FILED 8-13-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________

motions with the Court to October 7, 2002.

The parties agree that a hearing will be scheduled with the Court following filing of all dispositive motions, and pursuant to Local Rule 7.1.

Respectfully submitted,

Dated: 8-7-02

Robert Bennett (#6713)
Eric Hageman (#258180)
**FLYNN, GASKINS & BENNETT, L.L.P.**
2900 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
(612) 333-9500

***Attorneys for Plaintiff Desmond Cornelious***

Dated: ____________________

Gail L. Langfield (#184172)
Assistant City Attorney
**ST. PAUL CITY ATTORNEY'S OFFICE**
550 City Hall
15 West Kellogg Blvd.
St. Paul, MN 55102

***Attorneys for City of St. Paul, Jason Brubaker, and Jonas Groberg***

Dated: 8-6-02

Brian Wood (# 141690)
Kevin Rotland (# _____)
**LIND, JENSEN, SULLIVAN & PETERSON, P.A.**
150 South Fifth Street, Suite 1700
Minneapolis, MN 55402
(612) 333-3637

***Attorney for Richard A. Defoe Enterprises, Inc., d/b/a Club Cancun and Jerry Sampson***

Dated: 8/12/02

Barbara A. Zurek (#213974)
Bradley J. Lindeman (#0298116)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendants Capital Investigations, Joseph Anaya and Anthony Gardner***

**ORDER**

**IT IS HEREBY ORDERED** that the parties' foregoing Stipulation filed herewith is hereby adopted as this court's order in the above-captioned cause. Pursuant to the briefing schedule outlined above, the time for filing dispositive motions in this case is extended from October 1, 2002, to October 7, 2002.

Dated: Aug. 13, 2002

Honorable Jonathon G. Lebedoff
United States Magistrate Judge

/980960.1