UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 01-1254 (MJD/JGL)

CORNELIOUS, Eric Hegeman

Plaintiff,

v. **TRIAL NOTICE**

BRUBAKER, ET AL., Portia Hampton-Flowers

Defendants.

---

The above listed case has a date certain for trial before Judge Michael J. Davis on **Monday, January 12, 2004, at 10:00 a.m.** The Court currently has three criminal trials scheduled for the months of October and November, please be advised that if these cases plead out, your case will go to trial in their place.

The calendar clerk shall be advised immediately if the case will be not be going to trial.

A pretrial conference in this case will be held on **Monday, January 12, 2004, at 9:00 a.m.** The Court **REQUIRES** that all counsel be at the conference. Counsel should be prepared to discuss any issues related to the trial of the case. A schedule of trial days will be provided to counsel at the pretrial conference.

SEP 18 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**TWO COPIES OF ALL MATERIALS SHALL BE SUBMITTED TO:**

**Debbie Halfman**
**300 South 4th Street**
**Suite 200**
**Minneapolis, MN 55415**
**(612) 664-5073.**

Dated: Sept 18, 03

Debbie Halfman
DEBRA C. HALFMAN
Calendar Clerk to the
Honorable Michael J. Davis
United States District Court Judge