UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Desmond Cornelious,

Plaintiff,

v.

Jason Brubaker, in his individual capacity as a police officer of the City of St. Paul; City of St. Paul; Richard A. Defoe Enterprises, Inc., a Minnesota corporation, d/b/a Club Cancun; Anthony Gardner; Joseph Anaya; Capital Investigations and Security Services, Inc., a Minnesota Corporation, a/k/a Capital Enforcement, and John Does Nos. 1 through 5,

Defendants.

Court File No. 01-CV-1254 (MJD/JGL)

**PARTIAL STIPULATION AND ORDER OF DISMISSALWITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that the above-entitled action against defendants Anthony Gardner, Joseph Anaya and Capital Investigations and Security Services, Inc., may be, and the same hereby is, dismissed with prejudice and on the merits, but without further costs to any of the parties hereto.

Dated: 9-26-03

Eric Hageman (#258180)
Flynn, Gaskins & Bennett
333 S. Seventh St., #2900
Minneapolis, MN 55402

***Attorney for Plaintiff***

FILED OCT - 3 2003
JUDGMENT ENTD OCT - 3 2003
DEPUTY CLERK

Dated: ______________________

______________________________
Barbara A. Zurek # 213974
**MEAGHER & GEER, P.L.L.P.**
Suite 4200
33 South Sixth Street
Minneapolis, MN 55402
(612)338-0661

***Attorneys for Defendants Anthony Gardner, Joseph Anaya and Capital Investigations and Security Services, Inc.***

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That the above-entitled action against defendants Anthony Gardner, Joseph Anaya and Capital Investigations and Security Services, Inc. is hereby dismissed with prejudice and on the merits, without costs to any of the parties hereto.

Pursuant to Fed. R. Civ. P. 56(b) there is no just reason to delay entry of judgment.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

______________________________
Judge of District Court

10-1-03

/1073436