# United States District Court
# District of Minnesota

DESMOND CORNELIOUS,

Plaintiff,

v.

**ORDER**
Civil. File No. 01-CV-1254(MJD/JGL)

JASON BRUBAKER, et al.,

Defendants.

---

Eric Hageman, for, and on behalf of, the Plaintiff.

Portia Hampton-Flowers, for, and on behalf of the City of St. Paul, the Defendant.

---

This matter is before the Court on the defendant's Motion to Consolidate Actions Pursuant to Fed.R.Civ.P. 42(a).

Pursuant to Fed.R.Civ.P. 16, Chief Magistrate Judge Jonathan Lebedoff issued the pretrial scheduling order that governs the time table for filing motions. Chief Magistrate Judge Lebedoff's order required all non-dispositive motions to be filed by July 1, 2002. The defendant filed this non-dispositive motion on September 22, 2003. The instant motion is untimely in that it exceeds the pretrial order by more than one year. It is therefore denied.

**IT IS HEREBY ORDERED**:

1. Defendant's Motion to Consolidate Actions Pursuant to Fed.R.Civ.P. 42(a) [Docket No. 56] is **DENIED.**

Oct 1, 2003
Date

Judge Michael J. Davis
United States District Court

FILED OCT - 3 2003
RICHARD [illegible]
JUDGMENT [illegible]
DEPUTY CLERK [illegible]