UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Desmond Cornelious,<br><br>Plaintiff,<br><br>vs.<br><br>Jason Brubaker, in his individual capacity as a police officer of the City of St. Paul; the City of St. Paul,<br><br>Defendants. | Case No.: 01-CV-1254 (MJD/JGL)<br><br>**STIPULATION FOR DISMISSAL** |

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that all claims raised by Plaintiff against the City of St. Paul and Officer Jason Brubaker in the above-referenced action shall be, and are, dismissed in their entirety, on the merits, with prejudice, and without costs, disbursements or fees to any party.

Date: Nov 18 2003

Robert Bennett
Robert Bennett, ID. No. 6713
Flynn, Gaskins & Bennett
2900 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
(612) 333-9500

Attorneys for Plaintiff

Date: December 8, 2003

MANUEL J. CERVANTES
City Attorney

Portia Hampton-Flowers
Portia Hampton-Flowers, ID. No. 210869
Assistant City Attorney
550 City Hall and Court House
15 West Kellogg Boulevard
Saint Paul, Minnesota 55102
(651) 266-8774

Attorneys for the City of Saint Paul and Officer Jason Brubaker

FILED DEC 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Cornelious v. Brubaker, et al., Civil No.: 01-1254 (MJD/JGL)

**ORDER**

Based upon the foregoing Stipulation for Dismissal with prejudice and upon the entire record before this Court:

IT IS HEREBY ORDERED that Plaintiff's claims against the City of St. Paul and Officer Jason Brubaker, in the above-referenced action, shall be and are hereby dismissed in their entirety, on the merits, with prejudice, and without costs, disbursements or fees to any party.

Dated: 12-15-03

Michael J. Davis

**Honorable Michael J. Davis**
**U.S. District Court Judge**